# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:19-cr-0076 |
| ) | |
| **PEDRO RAMOS-GUERRA and** ) | |
| **CARLOS ALBERTO CUEVAS-ALMONTE,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**APPEARANCES:**

**DELIA SMITH, UNITED STATES ATTORNEY**
**ADAM FRANCIS SLEEPER, ASSISTANT UNITED STATES ATTORNEY**
UNITED STATES ATTORNEY'S OFFICE
ST. THOMAS, U.S. VIRGIN ISLANDS
  *FOR THE UNITED STATES OF AMERICA*

**MATTHEW A. CAMPBELL, FEDERAL PUBLIC DEFENDER**
**KIA DANIELLE SEARS, ASSISTANT FEDERAL PUBLIC DEFENDER**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
ST. THOMAS, U.S. VIRGIN ISLANDS
  *FOR DEFENDANT PEDRO RAMOS-GUERRA*

**JOSEPH A. DIRUZZO, III, ESQ.**
DIRUZZO & COMPANY
FT. LAUDERDALE, FLORIDA
  *FOR DEFENDANT CARLOS ALBERTO CUEVAS-ALMONTE*

## ORDER

**BEFORE THE COURT** is Defendant Carlos Alberto Cuevas-Almonte's ("Cuevas-Almonte") Motion to Declare DHS's *Touhy* Regulations Inapplicable, [or] in the alternative, to Declare 5 U.S.C. § 301 Unconstitutional & Invalidate 6 C.F.R. § 5.41 *et seq.* (ECF No. 57.) For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Defendant Carlos Cuevas-Almonte's Motion to Declare DHS's *Touhy* Regulations Inapplicable, [or] in the alternative, to Declare 5 U.S.C. § 301 Unconstitutional &

*United States v. Ramos-Guerra, et al.*
Case No. 3:19-cr-0076
Order
Page **2** of **2**

Invalidate 6 C.F.R. § 5.41 *et seq.*, ECF No. 57, is **DENIED.**

**Dated:** February 14, 2023               <u>/s/ *Robert A. Molloy*         </u>
                                             **ROBERT A. MOLLOY**
                                             **Chief Judge**