**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:19-cr-00076** |
| ) | |
| **CARLOS ALBERTO CUEVAS-ALMONTE** ) | |
| ) | |
| **Defendant.** ) | |

<u>**ORDER**</u>

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated June 6, 2024, ECF No. 195, recommending that the Defendant's plea of guilty to Count One of the Superseding Indictment, a violation of Title 46, United States Code, Sections 70502(c)(1)(A), 70503(a)(1), 70504(b)(2), and 70506(a), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 195, is **ADOPTED;** it is further

**ORDERED** that Defendant Carlos Alberto Cuevas-Almonte's plea of guilty as to Count One of the Superseding Indictment is **ACCEPTED**, and that Carlos Alberto Cuevas-Almonte is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **August 16, 2024;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **September 6, 2024;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **September 27, 2024;** it is further

*United States v. Carlos Alberto Cuevas-Almonte*
Case No. 3:19-cr-00076
Order
Page **2** of **2**

      **ORDERED** that the parties shall file their sentencing memoranda no later than **October 11, 2024;** it is further

      **ORDERED** that a sentencing hearing shall be held on **October 25, 2024, at 9:00 A.M. in STT Courtroom No. 1.**

**Dated:** June 21, 2024

                                    */s/ Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **Chief Judge**